ABEL GOTTHEIMER and JOSEPH GETZ, Copartners, etc., Appellants, v. C. E.

SHEPPARD COMPANY, Respondent.*— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.; Dowling, P. J., and Proskauer, J., dissent.